NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY JACOBSON,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D17-1234
                                    )
PAULA JACOBSON,                     )
                                    )
            Appellee.               )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Sarasota
County; Donna Padar Berlin, Judge.

Lorena L. Kiely, Tampa, for Appellant.

Kathi B. Halvorsen, of Kathi B. Halvorsen,
P.A., Sarasota, for Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.